UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA RAMIREZ, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>CAREFUSION RESOURCES, LLC, a Limited Liability Company,<br><br>                                        Defendant. | Case No.: 3:18-cv-2852-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO REMAND ACTION TO STATE COURT**<br><br>**[ECF No. 33]** |

On November 20, 2020, the parties filed a Joint Motion to Remand the Action to State Court (the "Joint Motion"). The Court, having considered the Joint Motion and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

1. All deadlines, dates, and events presently on calendar are vacated;
2. The above-captioned action is hereby remanded to San Diego County Superior Court.

**IT IS SO ORDERED.**

Date: November 20, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge